## CAFFEY v. STATE.
### No. 15406.

Court of Criminal Appeals of Texas.
May 25, 1932.

T. H. Briggs, of Gilmer, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

## HAWKINS, J.

Conviction is for the possession of intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The record is before us without a statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.